United States District Court

Northern District of California

IN RE WOODWARD,

      Plaintiff.

Case No. C 13-4014 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

    This action was opened on August 29, 2013, when a letter sent by Plaintiff to the Court was construed as an attempt by Plaintiff to file a civil rights action under 42 U.S.C. § 1983.

    On the same day the action was opened, the Clerk of the Court sent a notice to Plaintiff, informing him that he must file his claims on a civil rights complaint form.  The Clerk also sent Plaintiff a notice informing him that his case could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis (IFP) application.  The notice stated that, if Plaintiff did not submit the required documents within twenty-eight days from the date of the notice, his action would be dismissed and the file closed.  The Clerk sent Plaintiff a blank civil rights complaint form as well as a blank IFP application.

1     More than twenty-eight days have passed and Plaintiff has
2 not submitted the necessary documents or paid the filing fee.
3 Accordingly, this action is DISMISSED WITHOUT PREJUDICE.
4     The Clerk of the Court shall close the file.
5 Dated: 10/9/2013

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2